IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GILBERT RAEL, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV432 |
| | ) | |
| v. | ) | |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | ORDER GRANTING PLAINTIFF'S |
| Michael J. Astrue, Commissioner Of Social | ) | MOTION FOR EXTENSION OF TIME TO |
| Security Administration, | ) | FILE PLAINTIFF'S BRIEF |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

1. the Plaintiff's Motion for Extension of Time to File Plaintiff's Brief, filing 9, is granted;

2. the plaintiff shall have on or before April 12, 2008, in which to file and serve his brief;

3. that the defendant shall have 35 days from the date on which the plaintiff's brief is filed in which to file an answer brief;

4. that within one week after the defendant's answer brief is filed, the plaintiff may file a reply brief and either party may request oral argument or make any other request which may be permitted under 42 U.S.C. § 405(g); and

5. that in the absence of an order setting the case for oral argument or scheduling further proceedings, the case shall be deemed to be submitted at the expiration of the time period specified in paragraph 4 hereof.

Dated March 12, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge