IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GILBERT RAEL, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV432 |
| | ) | |
| v. | ) | |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | ORDER ON DEFENDANT'S MOTION |
| Michael J. Astrue, Commissioner Of Social | ) | FOR EXTENSION OF TIME TO RESPOND |
| Security Administration, | ) | TO PLAINTIFF'S BRIEF |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

1. the Defendant's Motion for Extension of Time to Respond to Plaintiff's Brief, filing 14, is granted and the defendant shall have on or before June 18, 2008, in which to file and serve its response; and

2. all subsequent deadlines shall be extended as designed in the Order setting briefing schedule, filing 8.

Dated May 20, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge