IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GILBERT RAEL, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV432 |
| | ) | |
| v. | ) | |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | ORDER ON DEFENDANT'S UNOPPOSED |
| Michael J. Astrue, Commissioner Of Social | ) | SECOND MOTION FOR EXTENSION OF |
| Security Administration, | ) | TIME TO RESPOND TO PLAINTIFF'S |
| | ) | BRIEF |
| Defendant. | ) | |

IT IS ORDERED that:

1. the Defendant's Unopposed Second Motion for Extension of Time to Respond to Plaintiff's Brief, filing 16, is granted;

2. the defendant shall have on or before July 18, 2008, to file and serve its response; and

3. the remaining deadline contained in the Order setting briefing schedule shall be adjusted accordingly.

Dated June 23, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge