IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GILBERT RAEL, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV432 |
| | ) | |
| v. | ) | |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | ORDER ON MOTION FOR EXTENSION |
| Michael J. Astrue, Commissioner Of Social | ) | OF TIME TO RESPOND TO PLAINTIFF'S |
| Security Administration, | ) | APPLICATION FOR ATTORNEY FEES |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED that the Motion for Extension of Time to Respond to Plaintiff's Application for Attorney Fees, filing 25, is granted and the defendant's response to the Plaintiff's Application for Attorneys Fees shall be filed on or before December 29, 2008.

    Dated December 1, 2008.

                              BY THE COURT

                              s/ Warren K. Urbom
                              United States Senior District Judge