IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GILBERT RAEL, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV432 |
| | ) | |
| v. | ) | |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | ORDER ON UNOPPOSED MOTION FOR |
| Michael J. Astrue, Commissioner Of Social | ) | EXTENSION OF TIME TO RESPOND TO |
| Security Administration, | ) | PLAINTIFF'S MOTION FOR AWARD OF |
| | ) | ATTORNEY'S FEES |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED that the Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion for Award of Attorney's Fees, filing 36, is granted. The defendant's deadline for filing and serving its response to the plaintiff's application for attorney fees is extended to September 18, 2009.

    Dated August 18, 2009.

                              BY THE COURT

                              s/ Warren K. Urbom
                              United States Senior District Judge